

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00083-CV

**IN RE** Philip W. **STEWART**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: February 22, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On January 25, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for immediate temporary relief requesting a stay of an enforcement proceeding pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's First Amended Motion for Writ of Prohibition and/or Immediate Temporary Relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-10643, styled *Cheryl J. Stewart v. Philip W. Stewart*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.